**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SONEET KAPILA,

Plaintiff,

v. Case No: 8:21-cv-2362-CEH

WARBURG PINCUS, LLC,
WARBURG PINCUS EQUITY FUND
IX, L.P. and ALLEN WISE,

Defendants.

---

# ORDER

This matter is before the Court upon review of the file. Pursuant to a Joint Mediation Status Report and Notice of Resolution Subject to Bankruptcy Court Approval[1] (Doc. 239), the Court entered an Order on April 30, 2025, dismissing this action without prejudice and providing the parties an opportunity to submit, within ninety days, a stipulation or final judgment for dismissal with prejudice (Doc. 241). The Court advised that after that 90-day period, the dismissal would be with prejudice. More than ninety days have passed, and the parties have not submitted a stipulation or final judgment, nor have they requested additional time to do so. Therefore, this matter will be dismissed with prejudice.

---

[1] Bankruptcy court approval was obtained in June 2025. An order granting the motion to approve settlement with Warburg Pincus LLC and Warburg Pincus Private Equity IX, LP was issued in the bankruptcy case on June 5, 2025. *See In re Universal Health Care Group, Inc.*, No. 8:13-by-1520-CED (Bankr. M.D. Fla. June 5, 2025) (Doc. 2475).

Accordingly, it is now **ORDERED**:

1. This action is dismissed, with prejudice.

2. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on September 17, 2025.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties